# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil Action No.   1:25-cv-366 (FJS/ML) |
| Plaintiff, | ) | |
| v. | ) | |
| $15,913.00 in U.S. Currency, | ) | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | ) | |

**WHEREAS**, by virtue of the Final Order of Forfeiture filed with the United States District Court for the Northern District of New York, on  January 27, 2026  it is hereby

**ORDERED, ADJUDGED AND DECREED** that Defendant Currency is hereby forfeited to the United States of America to be disposed of in accordance with law.

 January 27, 2026 
Date

*/s/ John Domurad*
Clerk of Court

Clerk

*/s/ Rose Pliskik*

(By) Deputy Clerk